570 A.2d 973

STATE OF NEW JERSEY v. SIDNEY HIGHTOWER.

November 6, 1989.

Petition for certification denied.

570 A.2d 974

SOFRONEY REALTY, INC., ETC. v.
SALVATORE CHIOFALO, ET AL.

November 6, 1989.

Petition for certification denied.

570 A.2d 974

EXCLUSIVE EQUITIES, INC., ETC., ET AL. v. CARMINE
CICALESE, ET AL. AND EDNA MANZ, ET AL.

November 6, 1989.

Petition for certification denied.

570 A.2d 974

TOWNSHIP OF MARLBORO, ETC. v.
HESS BROS., INC., ET AL.

November 6, 1989.

Petition for certification denied.